B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>JDI Craps LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-3887108 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>853 N. Elston<br>Chicago, IL    ZIP Code 60642 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | JDI Craps LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | JDI Craps LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** /s/ Brian L. Shaw
Signature of Attorney for Debtor(s)

Brian L. Shaw 6216834
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

July  1, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Kevin C. Connor
Signature of Authorized Individual

Kevin C. Connor
Printed Name of Authorized Individual

Manager
Title of Authorized Individual

July  1, 2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

.

Alex Arriaga
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Alexander Oraevsky
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Amy Newman
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Ann Clark
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Barbara Trombley
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Brad Nash
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Brendalee C. Pugmire
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Bruce Merkle
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Bryan Sopko
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Cary Robinson
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Chad Epeneter
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Charles Corsentino
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Christine Korotko
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Christopher T. Wilson
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Cindy K. Corsentino
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Claude S. Groves
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Craig A. Mayer
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Craig Korotko
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Craig R. Wiese
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Dan R. Neil
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Dan Rigoli
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Dani M. Potter
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Daniel A. Nell
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


David B. Clark
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


David Goettge
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


David Newman
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Debra A. Ritchey
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Dolores Ceralvo
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Donald W. Gillis
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Drew Seccafico
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Elizabeth A. Rickling
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Fran Donovan
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Frank Jriej
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Gale Marr
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Gary E. Weston
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Gary Joe Mundy
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Gary W. Rickling
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Gaurana Nanavati
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Gregory Fearon
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Heather Jennings
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Helene Trombley
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Henry W. Jennings, Jr.
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Holly Marz
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Howard Robinson
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Ian J. Hutagalung
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

James McNeil
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Jamie L. Castagna
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Jan M. Emter
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Jane Weston
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Jay Jadeja
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Jeff Bradford
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

John Thompson
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Joseph M. Maxey
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Juanita Causey
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

```
Justin Staub
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Katherine A. Groves
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Kelly S. Nell
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Kenneth B. Ritchey
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Kenneth E. Voelker
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Ketan Patel
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Kevin D. Forbes
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Kimball W. Pugmire
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Kyle Smith
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146
```

Lanny W. Moore, Jr.
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Leo Gillespie
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Lisa C. Hatton
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Lolita Alvarez
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Loretta R. Neil
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Marius Smook
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Mark J. Jedrzejas
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Mark Richards
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Mary Piscitelli
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Matthew Canfield
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Matthew W. Phillips
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Michael Crouch
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Michael Gianforte
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Michael Trombley
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Michael W. Ballard
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Michael Zari
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Mirjam Phillips
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Nancy Helgeson
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

```
Nell C. Gillis
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Palazzo De Taormina, LLC
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Paresh Shukla
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Patricia A. Wilcox
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Patricia M. Jackson
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Paul A. Wilcox
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Peter Gillis
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Rajesh Patel
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146


Randall J. Goyette
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146
```

Raymond D. Reed II
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Raymond H. Trombley
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Richard B. Storrs
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Richard Schaeffer
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Rita M. Goyette
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Rolando Parada
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Rosanno Delara
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Ryan S. Daw
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Scott Marz
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602

Sergio Cabanas
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Shari L. Simon
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Sharon Carpenter
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Sharon H. Stola
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Silvana Jreij
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Stacey T. Forbes
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Stephanie Cabanas
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Steve Hartman
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602


Suzan McNeil-Tusson
c/o Robert Gerard & Associates
2840 S. Jones Blvd. Bldg D #4
Las Vegas, NV 89146

Terry Jo Myers Mundy  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

Thad Evans  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

Thomas Buckley  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

Thomas Marr  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

Thomas Tedesco  
c/o Robert Gerard & Associates  
2840 S. Jones Blvd. Bldg D #4  
Las Vegas, NV 89146  

Timothy G. Klepeis Trust  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

TRB Holdings, LLC  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

Valerie Minuti  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602  

Velvet Staub  
Law Offices of Allen Hyman  
10737 Riverside Dr.  
North Hollywood, CA 91602

```
William Wootan
Law Offices of Allen Hyman
10737 Riverside Dr.
North Hollywood, CA 91602
```